Steven CUPP, Plaintiff—Appellant,

v.

William HUTCHINGS; Anthony Hussion; K.M. White; Harrell Watts; John Doe, from the F.O.I.A. Administrative Office in Washington D.C., Defendants—Appellees.

No. 08–6502.

United States Court of Appeals, Fourth Circuit.

Submitted: May 22, 2008.

Decided: June 2, 2008.

Steven Cupp, Appellant Pro Se.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Cupp appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cupp v. Hutchings,* No. 1:07–cv–00161–IMK–JES, 2008 WL 629993 (N.D. W.Va. Mar. 5, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*